9*QUIJANO & ENNIS*
ATTORNEYS AT LAW
40 FULTON STREET
Floor 23
NEW YORK, NEW YORK 10038
TELEPHONE: (212) 686-0666
**FAX: (212) 686-8690**

peter@qandelaw.com; nancyleeennis@gmail.com; annasideris@yahoo.com

Peter Enrique Quijano
Nancy Lee Ennis
Anna N. Sideris

*U.S. DISTRICT COURT*
*FILED*
OCT 1 4 2014
*S. D. OF N.Y.*

October 13, 2015

**BY Facsimile (212) 805-4060**

Honorable Kevin N. Fox
United States Magistrate Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York   10007

**DOC #__ ___**

<u>Re: U.S.A. v. DANIEL DAWSON, 15 MAG. 675</u>

Dear Magistrate Judge Fox:

I am the attorney for the defendant Daniel Dawson in the above referenced matter, having been appointed by the Honorable James C. Francis, U.S.M.J., on March 10, 2015, pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A. Mr. Dawson is charged in a complaint with conspiracy to distribute and possess with the intent to distribute oxycodone, in violation of 21 U.S.C. §§ 841 (b)(1)(C), 846; and transferring false identification with the intent of committing another crime, in violation of 18 U.S.C. §1028(a)(7) and 2. On April 15, 2015, the Honorable Sarah Netburn, U.S.M.J., released Mr. Daniels, pursuant to an agreed upon Bail Package, which included, *inter alia*, home incarceration with electronic monitoring.

Mr. Dawson's girlfriend Kristen Trampler is pregnant with their child. Mr. Dawson respectfully requests permission to attend a Baby Shower on October 19, 2015, at 1401 157th Street, Queens, New York, from 2:00 P.M to 4:30 P.M. He estimates approximately an hour of travel time.

Accordingly, it is respectfully requested that the Court SO ORDER a temporary modification his Bond to permit that Mr. Dawson permission to leave his home on October 19, 2015 from 1:00 P.M until 5:30 P.M. I have conferred with A.U.S.A. Robert Allen and U.S. Pretrial Services Officer Joshua Rothman,

10/14/15
Application granted.
SO ORDERED.
/Kevin Nathaniel Fox, U.S.M.J.

Honorable Kevin N. Fox, U.S.M.J.
October 13, 2015
Page two

and I understand that the **government and the U.S. Pretrial Services have no objection to the temporary modification of the conditions of release for Daniel Dawson.**

Your Honor's attention to and consideration of this request are, as always, greatly appreciated.

Respectfully submitted,

Peter Enrique Quijano

cc:    A.U.S.A. Robert Allen (by email)
       U.S. Pretrial Services Officer Joshua Rothman (by email)

### QUIJANO & ENNIS
**ATTORNEYS AT LAW**
**40 FULTON STREET**
Floor 23
NEW YORK, NEW YORK 10038
TELEPHONE: (212) 686-0666

## FAX: (212) 686-8690

peter@qandelaw.com; nancylccennis@gmail.com; annasideris@yahoo.com

Peter Enrique Quijano
Nancy Lee Ennis
Anna N. Sideris

## CONFIDENTIAL ATTORNEY COMMUNICATION

The information contained in this facsimile message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named below. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance on the contents of these materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney-client privilege. If you have received this transmission in error, please notify us immediately by telephone to arrange for the return of these materials. Thank you.

## TELECOPY MEMORANDUM

## RE:   *U.S. v. DANIEL DAWSON*, 15 MAG. 675

## DATE:   October 13, 2015

## TO:  HONORABLE KEVIN N. FOX, U.S.M.J.

## TELECOPIER NUMBER:   (212) 805-4060

## FROM:   Peter Enrique Quijano, Esquire

## TOTAL NUMBER OF PAGES INCLUDING THIS PAGE:   3

## PLEASE ADVISE IF YOU DO NOT RECEIVE THE COMPLETE TRANSMISSION

## MESSAGE: